# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ERASTO V. TEQUIMILA | § | Case No. 13-45036 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/20/2013 .   The undersigned trustee was appointed on  11/03/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $       70,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 24,704.55 |
| Bank service fees | 96.17 |
| Other payments to creditors | 17,200.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $       12,999.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/29/2014  and the deadline for filing governmental claims was  05/20/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,000.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,000.00 , for a total compensation of $ 6,000.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 139.48 , for total expenses of $ 139.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _11/03/2016_____     By:/s/Peter N. Metrou, Trustee_____
                                          Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-45036   BWB | Judge:   Bruce W. Black |
| Case Name: | ERASTO V. TEQUIMILA | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 11/20/2013 (f) |
| 341(a) Meeting Date: | 01/07/2014 |

For Period Ending:   11/03/2016

| | |
|---|---|
| Claims Bar Date: | 04/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  bank account of Debtor | 400.00 | 0.00 | | 0.00 | FA |
| 2.  wearing apparel of Debtor | 150.00 | 0.00 | | 0.00 | FA |
| 3.  only shareholder of Green Three Line Inc. | 100.00 | 0.00 | | 0.00 | FA |
| 4.  1998 Ford F-150 | 800.00 | 0.00 | | 0.00 | FA |
| 5.  2000 Freight Liner Truck Cab  (owned by Green Thre | 4,000.00 | 0.00 | | 0.00 | FA |
| 6.  1999 Ford Escort | 300.00 | 0.00 | | 0.00 | FA |
| 7.  2000 Chevrolet Cavalier | 1,100.00 | 0.00 | | 0.00 | FA |
| 8.  vehicle accident for which Debtor has retained cou (u) | 0.00 | 0.00 | | 70,000.00 | FA |
| 9.  Worker compensation claim pending          (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,850.00 | $0.00 | $70,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed spec csl  for pending PI case

| | | | |
|---|---|---|---|
| RE PROP # | 8 | -- | Amended schedule B per docket 21. |
| RE PROP # | 9 | -- | Amended schedule per docket 21. |

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-45036
Case Name: ERASTO V. TEQUIMILA

Taxpayer ID No: XX-XXX4009
For Period Ending: 11/03/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5660
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/16 | 8 | Maxum 3655 North Point Pkwy Suite 500 Alpharetta, GA 30005 | Proceeds from PI Case | 1242-000 | $70,000.00 | | $70,000.00 |
| 08/16/16 | 101 | Jordan LaClair Law Offices of Parente & Norem, P.C. 221 N. LaSalle St., Suite 2700 Chicago, IL 60601 | Attorneys fees Special Counsel fees per doc#30 | 3210-000 | | $23,333.33 | $46,666.67 |
| 08/16/16 | 102 | Hinsdale Orthopaedics 550 W. Ogden Avenue Hinsdale, IL 60521 | PI Lien Payment Payment per doc#30 | 4220-000 | | $2,800.00 | $43,866.67 |
| 08/16/16 | 103 | Salt Creek Medical Imaging 777 Oakmont Lane, Ste 1200 Westmont, IL 60559 | PI Lien Payment Payment per doc#30 | 4220-000 | | $400.00 | $43,466.67 |
| 08/16/16 | 104 | Jordan LaClair Law Offices of Parente & Norem, P.C. 221 N. LaSalle St., Suite 2700 Chicago, IL 60601 | Attorneys Expenses Payment per doc#30 | 3220-000 | | $1,371.22 | $42,095.45 |
| 08/16/16 | 105 | Midwest Rehabilitation Services 7530 Woodward Ave., Suite C Woodridge, IL 60517 | PI Lien Payment Payment per doc#30 | 4220-000 | | $9,000.00 | $33,095.45 |
| 08/16/16 | 106 | Centers of Illinois, Pain Treatment 16514 106th Ct. Orland Park, IL 60467 | PI Lien Payment Payment per doc#30 | 4220-000 | | $2,000.00 | $31,095.45 |
| 08/16/16 | 107 | Group, IAT Insurance c/o Transguard Insurance Company 215 Shuman Blvd., Ste 400 Naperville, IL 60563 | PI Lien Payment Payment per doc#30 | 4220-000 | | $3,000.00 | $28,095.45 |
| 08/16/16 | 108 | Tequimila, Erasto V. 455 Greentree Lane, Lot J Bolingbrook, IL 60440 | Debtor's Exemptions Payment per exemption and doc#30 | 8100-002 | | $15,000.00 | $13,095.45 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $96.17 | $12,999.28 |

COLUMN TOTALS $70,000.00 $57,000.72
Less: Bank Transfers/CD's $0.00 $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals: $70,000.00 $57,000.72

| | | |
|---|---|---|
| Subtotal | $70,000.00 | $57,000.72 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $70,000.00 | $42,000.72 |

Exhibit B

Page Subtotals:                                    $0.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5660 - Checking | $70,000.00 | $42,000.72 | $12,999.28 |
| | $70,000.00 | $42,000.72 | $12,999.28 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $70,000.00 |
| Total Gross Receipts: | $70,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-45036-BWB

Debtor Name: ERASTO V. TEQUIMILA

Claims Bar Date: 4/29/2014

Date: November 3, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Erasto V. Tequimila 455 Greentree Lane, Lot J Bolingbrook, IL 60440 | Administrative Payment Status: Valid To Pay | | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $6,000.00 | $6,000.00 |
| 100 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $139.48 | $139.48 |
| 100 3210 | Jordan LaClair Law Offices of Parente & Norem, P.C. 221 N. LaSalle St., Suite 2700 Chicago, IL 60601 | Administrative Payment Status: Valid To Pay | | $0.00 | $23,333.33 | $23,333.33 |
| 100 3220 | Jordan LaClair Law Offices of Parente & Norem, P.C. 221 N. LaSalle St., Suite 2700 Chicago, IL 60601 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,371.22 | $1,371.22 |
| 1 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City, OK  73126-8941 | Unsecured Payment Status: Valid To Pay | | $1,549.00 | $1,635.56 | $1,635.56 |
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City, OK  73126-8941 | Unsecured Payment Status: Valid To Pay | | $200.00 | $203.10 | $203.10 |
| 3 300 7100 | CAVALRY SPV I, LLC 500 SUMMIT LAKE DRIVE, STE 400 VALHALLA, NY 10595 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,222.46 | $4,222.46 |
| 4 300 7100 | CAVALRY SPV I, LLC 500 SUMMIT LAKE DRIVE, STE 400 VALHALLA, NY 10595 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,247.75 | $4,247.75 |

Printed: November 3, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-45036-BWB                                                                                    Date: November 3, 2016
Debtor Name: ERASTO V. TEQUIMILA
Claims Bar Date: 4/29/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | Pain Treatment Centers of Illinois 16514 106th Ct. Orland Park, IL 60467 | Secured Payment Status: Valid To Pay | | $0.00 | $2,000.00 | $2,000.00 |
| 400 4220 | IAT Insurance Group c/o Transguard Insurance Company 215 Shuman Blvd., Ste 400 Naperville, IL 60563 | Secured Payment Status: Valid To Pay | | $0.00 | $3,000.00 | $3,000.00 |
| 400 4220 | Salt Creek Medical Imaging 777 Oakmont Lane, Ste 1200 Westmont, IL 60559 | Secured Payment Status: Valid To Pay | | $0.00 | $400.00 | $400.00 |
| 400 4220 | Hinsdale Orthopaedics 550 W. Ogden Avenue Hinsdale, IL 60521 | Secured Payment Status: Valid To Pay | | $0.00 | $2,800.00 | $2,800.00 |
| 400 4220 | Midwest Rehabilitation Services 7530 Woodward Ave., Suite C Woodridge, IL 60517 | Secured Payment Status: Valid To Pay | | $0.00 | $9,000.00 | $9,000.00 |
| | Case Totals | | | $16,749.00 | $73,352.90 | $73,352.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                Printed: November 3, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-45036
Case Name: ERASTO V. TEQUIMILA
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 12,999.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Hinsdale Orthopaedics | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 0.00 |
| | Salt Creek Medical Imaging | $ 400.00 | $ 400.00 | $ 400.00 | $ 0.00 |
| | Midwest Rehabilitation Services | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| | IAT Insurance Group | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| | Pain Treatment Centers of Illinois | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 12,999.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,000.00 | $ 0.00 | $ 6,000.00 |
| Trustee Expenses: Peter N. Metrou | $ 139.48 | $ 0.00 | $ 139.48 |
| Other: Jordan LaClair | $ 23,333.33 | $ 23,333.33 | $ 0.00 |
| Other: Jordan LaClair | $ 1,371.22 | $ 1,371.22 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $                6,139.48

Remaining Balance                                               $                6,859.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,308.87  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $      1,635.56 | $      0.00 | $      1,088.35 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $        203.10 | $      0.00 | $        135.15 |
| 3 | CAVALRY SPV I, LLC | $      4,222.46 | $      0.00 | $      2,809.74 |
| 4 | CAVALRY SPV I, LLC | $      4,247.75 | $      0.00 | $      2,826.56 |

Total to be paid to timely general unsecured creditors          $                6,859.80

Remaining Balance                                             $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE