**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 13-45036** |
| | ) | **CHAPTER 7** |
| **ERASTO V. TEQUIMILA,** | ) | |
| Debtor(s). | ) | **JUDGE BRUCE W. BLACK** |
| | ) | **(Joliet)** |

**NOTICE OF MOTION**

To: **By ECF:**
Patrick S Layng, U.S. Trustee, 219 S. Dearborn, Chicago, IL 60604
Daniel Mintz, 67 E. Downer Place, Aurora, IL 60505
 **By US Mail:**
See Attached Service List

 **PLEASE TAKE NOTICE** that on the 16th day of December, 2016, at 9:00 a.m., I shall appear before the Honorable Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd floor, Joliet, Illinois and shall then and there present the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT,** at which time you may appear if you so desire.

 */s/ Peter N. Metrou*
 **Bankruptcy Trustee**

**PROOF OF SERVICE**

 I, the undersigned attorney, certify that I served a copy of this Notice and attached Notice of Trustee's Final Reports and Applications For Compensation and Deadline to Object, upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 15th day of November, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

 */s/ Peter N. Metrou*
 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

American General Financial/Springleaf Fi
Attention: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
Po Box 3251
Evansville, IN 47731-3251

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bp/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Mht Bk
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase/cc
Po Box 15298
Wilmington, DE 19850-5298

Citi Residential Lendi/CitiMortgage
Attn: Bankruptcy Department
Po Box 79022 Ms 322
St. Louis, MO 63179

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comenity Bank/Harlem Furniture
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218-2686

Community Property Management
2901 Butterfield Road
Oak Brook, IL 60523-1106

Compucredit/tribute
Pob 105555
Atlanta, GA 30348-5555

Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380-2068

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007-1912

Credit Rcvry
716 Columbus St
Ottawa, IL 61350-5002

Daniel Mintz
Daniel Mintz Attorney at Law
67 E. Downer Place
Aurora, IL 60505-2878

Elan Financial Service
Cb Disputes
St Louis, MO 63166

Erasto V. Tequimila
455 Greentree Lane, Lot J
Bolingbrook, IL 60440-2937

Fashion Bug
Po Box 84073
Columbus, GA 31908-4073

First Usa,na
P.o. Box 15298
Wilmington, DE 19850-5298

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Hc Roya
333 Holtzman Rd
Madison, WI 53713-2109

Hemlock Fede
5700 W. 159th St.
Oak Forest, IL 60452-3198

Hfc - Usa
Po Box 9068
Brandon, FL 33509-9068

Hilco Receivables/Equable Ascent Financi
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089-1970

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc/bstby
Po Box 30253
Salt Lake City, UT 84130-0253

Hsbc/menards
Attention: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

Julie Lasser
455 Greentree Lane, Lot J
Bolingbrook, IL 60440-2937

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Marquette National Ban
234 N. Bolingbrook Dr.
Bolingbrook, IL 60440-2383

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Ntb/cbsd
CitiCards Private Label Bankruptcy
Po Box 20483
Kansas City, MO 64195-0483

Parag P. Bhosale

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773-9500

Salt Creek Medical Imaging
777 Oakmont Lane, #1200
Westmont, IL 60559-5527

Salute/utb
Card Services
Po Box 105555
Atlanta, GA 30348-5555

Sams Club / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Sears/cbsd
Citicard Credit Srvs/Centralized Bankrup
Po Box 20363
Kansas City, MO 64195-0363

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Target N.b.
Po Box 673
Minneapolis, MN 55440-0673

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Wachovia Mortgage/World Savings and
Loan
Attn: Bankruptcy Dept.(T7419-015)
Po Box 659558
San Antonio, TX 78265-9558

Wf Fin Bank
Attention: Bankruptcy
Po Box 10438
Des Moines, IA 50306-0438

Wfs Financial/Wachovia Dealer Srvs
Po Box 3569
Rancho Cucamonga, CA 91729-3569

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERASTO V. TEQUIMILA | § | Case No. 13-45036 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on December 16, 2016 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/15/2016          By:  /s/ Peter N. Metrou
                                           Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERASTO V. TEQUIMILA | § | Case No. 13-45036 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,000.00 |
| and approved disbursements of | $ | 57,000.72 |
| leaving a balance on hand of[1] | $ | 12,999.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Hinsdale Orthopaedics | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 0.00 |
| | Salt Creek Medical Imaging | $ 400.00 | $ 400.00 | $ 400.00 | $ 0.00 |
| | Midwest Rehabilitation Services | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| | IAT Insurance Group | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| | Pain Treatment Centers of Illinois | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 12,999.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,000.00 | $ 0.00 | $ 6,000.00 |
| Trustee Expenses: Peter N. Metrou | $ 139.48 | $ 0.00 | $ 139.48 |
| Other: Jordan LaClair | $ 23,333.33 | $ 23,333.33 | $ 0.00 |
| Other: Jordan LaClair | $ 1,371.22 | $ 1,371.22 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $    6,139.48

Remaining Balance        $    6,859.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,308.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,635.56 | $ 0.00 | $ 1,088.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 203.10 | $ 0.00 | $ 135.15 |
| 3 | CAVALRY SPV I, LLC | $ 4,222.46 | $ 0.00 | $ 2,809.74 |
| 4 | CAVALRY SPV I, LLC | $ 4,247.75 | $ 0.00 | $ 2,826.56 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,859.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.