# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERASTO V. TEQUIMILA | § | Case No. 13-45036 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 300.00　　　　　　　　　Assets Exempt: 21,550.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 24,059.80　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: 48,010.07

Total Expenses of Administration: 30,940.20

---

3) Total gross receipts of $ 70,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 55,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 17,200.00 | $ 17,200.00 | $ 17,200.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,940.20 | 30,940.20 | 30,940.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,310.00 | 10,308.87 | 10,308.87 | 6,859.80 |
| **TOTAL DISBURSEMENTS** | $ 46,310.00 | $ 58,449.07 | $ 58,449.07 | $ 55,000.00 |

4) This case was originally filed under chapter 7 on 11/20/2013 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2017                  By:/s/Peter N. Metrou, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| vehicle accident for which Debtor has retained | 1242-000 | 70,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 70,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tequimila, Erasto V. | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinsdale Orthopaedics | 4220-000 | NA | 2,800.00 | 2,800.00 | 2,800.00 |
| | IAT Insurance Group | 4220-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| | Midwest Rehabilitation Services | 4220-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| | Pain Treatment Centers of Illinois | 4220-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Salt Creek Medical Imaging | 4220-000 | NA | 400.00 | 400.00 | 400.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 17,200.00 | $ 17,200.00 | $ 17,200.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| Peter N. Metrou | 2200-000 | NA | 139.48 | 139.48 | 139.48 |
| Associated Bank | 2600-000 | NA | 96.17 | 96.17 | 96.17 |
| Jordan LaClair | 3210-600 | NA | 23,333.33 | 23,333.33 | 23,333.33 |
| Jordan LaClair | 3220-610 | NA | 1,371.22 | 1,371.22 | 1,371.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 30,940.20 | $ 30,940.20 | $ 30,940.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Julie Lasser;455 Greentree Lane, Lot J;Bolingbrook, IL 60440 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Financial/Springleaf Fi Attention: Bankruptcy Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bp/cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase/cc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi CitiCard Credit Services/Centralized Ban Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citi Residential Lendi/CitiMortgage Attn: Bankruptcy Department Po Box 79022 Ms 322 St. Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citi Residential Lendi/CitiMortgage Attn: Bankruptcy Department Po Box 79022 Ms 322 St. Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Harlem Furniture Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Property Management 2901 Butterfield Road Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Compucredit/tribute Pob 105555 Atlanta, GA 30348 | | 407.00 | NA | NA | 0.00 |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | 749.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 679.00 | NA | NA | 0.00 |
| | Credit Rcvry 716 Columbus St Ottawa, IL 61350 | | 757.00 | NA | NA | 0.00 |
| | Elan Financial Service Cb Disputes St Louis, MO 63166 | | 20,329.00 | NA | NA | 0.00 |
| | Fashion Bug Po Box 84073 Columbus, GA 31908 | | 0.00 | NA | NA | 0.00 |
| | First Usa,na P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Hc Roya 333 Holtzman Rd Madison, WI 53713 | | 676.00 | NA | NA | 0.00 |
| | Hemlock Fede 5700 W. 159th St. Oak Forest, IL 60452 | | 0.00 | NA | NA | 0.00 |
| | Hfc - Usa Po Box 9068 Brandon, FL 33509 | | 0.00 | NA | NA | 0.00 |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | 4,248.00 | NA | NA | 0.00 |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | 4,222.00 | NA | NA | 0.00 |
| | Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | 0.00 | NA | NA | 0.00 |
| | Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/menards Attention: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 99.00 | NA | NA | 0.00 |
| | Marquette National Ban 234 N. Bolingbrook Dr. Bolingbrook, IL 60440 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 6,563.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 198.00 | NA | NA | 0.00 |
| | Ntb/cbsd CitiCards Private Label Bankruptcy Po Box 20483 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 3,834.00 | NA | NA | 0.00 |
| | Salt Creek Medical Imaging 777 Oakmont Lane, #1200 Westmont, IL 60559 | | 1,800.00 | NA | NA | 0.00 |
| | Salute/utb Card Services Po Box 105555 Atlanta, GA 30348 | | 0.00 | NA | NA | 0.00 |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial Services Attention: Bankruptcy Department Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Wachovia Mortgage/World Savings and Loan Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | 0.00 | NA | NA | 0.00 |
| | Wf Fin Bank Attention: Bankruptcy Po Box 10438 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Wf Fin Bank Attention: Bankruptcy Po Box 10438 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Wfs Financial/Wachovia Dealer Srvs Po Box 3569 Rancho Cucamonga, CA 91729 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,549.00 | 1,635.56 | 1,635.56 | 1,088.35 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 200.00 | 203.10 | 203.10 | 135.15 |
| 3 | CAVALRY SPV I, LLC | 7100-000 | NA | 4,222.46 | 4,222.46 | 2,809.74 |
| 4 | CAVALRY SPV I, LLC | 7100-000 | NA | 4,247.75 | 4,247.75 | 2,826.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 46,310.00 | $ 10,308.87 | $ 10,308.87 | $ 6,859.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-45036 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ERASTO V. TEQUIMILA | | | | Date Filed (f) or Converted (c): | 11/20/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/2014 |
| For Period Ending: | 01/18/2017 | | | | Claims Bar Date: | 04/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. bank account of Debtor | 400.00 | 0.00 | | 0.00 | FA |
| 2. wearing apparel of Debtor | 150.00 | 0.00 | | 0.00 | FA |
| 3. only shareholder of Green Three Line Inc. | 100.00 | 0.00 | | 0.00 | FA |
| 4. 1998 Ford F-150 | 800.00 | 0.00 | | 0.00 | FA |
| 5. 2000 Freight Liner Truck Cab (owned by Green Thre | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Ford Escort | 300.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Chevrolet Cavalier | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. vehicle accident for which Debtor has retained cou (u) | 0.00 | 0.00 | | 70,000.00 | FA |
| 9. Worker compensation claim pending (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $6,850.00 $0.00 $70,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed spec csl for pending PI case

RE PROP #    8  --  Amended schedule B per docket 21.
RE PROP #    9  --  Amended schedule per docket 21.

Initial Projected Date of Final Report (TFR): 12/31/2014    Current Projected Date of Final Report (TFR): 11/04/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-45036 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ERASTO V. TEQUIMILA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5660 |
| | Checking |
| Taxpayer ID No: XX-XXX4009 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/16 | 8 | Maxum<br>3655 North Point Pkwy<br>Suite 500<br>Alpharetta, GA 30005 | Proceeds from PI Case | 1242-000 | $70,000.00 | | $70,000.00 |
| 08/16/16 | 101 | Jordan LaClair<br>Law Offices of Parente & Norem, P.C.<br>221 N. LaSalle St., Suite 2700<br>Chicago, IL 60601 | Attorneys fees<br>Special Counsel fees per doc#30 | 3210-000 | | $23,333.33 | $46,666.67 |
| 08/16/16 | 102 | Hinsdale Orthopaedics<br>550 W. Ogden Avenue<br>Hinsdale, IL 60521 | PI Lien Payment<br>Payment per doc#30 | 4220-000 | | $2,800.00 | $43,866.67 |
| 08/16/16 | 103 | Salt Creek Medical Imaging<br>777 Oakmont Lane, Ste 1200<br>Westmont, IL 60559 | PI Lien Payment<br>Payment per doc#30 | 4220-000 | | $400.00 | $43,466.67 |
| 08/16/16 | 104 | Jordan LaClair<br>Law Offices of Parente & Norem, P.C.<br>221 N. LaSalle St., Suite 2700<br>Chicago, IL 60601 | Attorneys Expenses<br>Payment per doc#30 | 3220-000 | | $1,371.22 | $42,095.45 |
| 08/16/16 | 105 | Midwest Rehabilitation Services<br>7530 Woodward Ave., Suite C<br>Woodridge, IL 60517 | PI Lien Payment<br>Payment per doc#30 | 4220-000 | | $9,000.00 | $33,095.45 |
| 08/16/16 | 106 | Centers of Illinois, Pain Treatment<br>16514 106th Ct.<br>Orland Park, IL 60467 | PI Lien Payment<br>Payment per doc#30 | 4220-000 | | $2,000.00 | $31,095.45 |
| 08/16/16 | 107 | Group, IAT Insurance<br>c/o Transguard Insurance Company<br>215 Shuman Blvd., Ste 400<br>Naperville, IL 60563 | PI Lien Payment<br>Payment per doc#30 | 4220-000 | | $3,000.00 | $28,095.45 |
| 08/16/16 | 108 | Tequimila, Erasto V.<br>455 Greentree Lane, Lot J<br>Bolingbrook, IL 60440 | Debtor's Exemptions<br>Payment per exemption and doc#30 | 8100-002 | | $15,000.00 | $13,095.45 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.17 | $12,999.28 |
| 12/19/16 | 109 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $6,139.48 | $6,859.80 |

Page Subtotals: $70,000.00  $63,140.20

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-45036 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ERASTO V. TEQUIMILA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5660 |
| | Checking |
| Taxpayer ID No: XX-XXX4009 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($6,000.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($139.48) | 2200-000 | | | |
| 12/19/16 | 110 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Final distribution to claim 1 representing a payment of 66.54 % per court order. | | 7100-000 | | $1,088.35 | $5,771.45 |
| 12/19/16 | 111 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Final distribution to claim 2 representing a payment of 66.54 % per court order. | | 7100-000 | | $135.15 | $5,636.30 |
| 12/19/16 | 112 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 3 representing a payment of 66.54 % per court order. | | 7100-000 | | $2,809.74 | $2,826.56 |
| 12/19/16 | 113 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 4 representing a payment of 66.54 % per court order. | | 7100-000 | | $2,826.56 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $70,000.00 | $70,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $70,000.00 | $70,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $70,000.00 | $55,000.00 |

Page Subtotals:　　$0.00　　$6,859.80

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5660 - Checking | $70,000.00 | $55,000.00 | $0.00 |
|  | $70,000.00 | $55,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $70,000.00 |
| Total Gross Receipts: | $70,000.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*